IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

THELONIUS PRINCE,

    Petitioner,

v.

STATE OF FLORIDA,

    Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-4506

Opinion filed December 7, 2017.

Petition Alleging Ineffective Assistance of Appellate Counsel -- Original
Jurisdiction.

Thelonius Prince, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

The petition alleging ineffective assistance of appellate counsel is dismissed as

untimely filed.  See Fla. R. App. P. 9.141(d)(5).

WETHERELL, RAY, and WINSOR, JJ., CONCUR.